1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

_____
)
8  UNITED STATES OF AMERICA,           )
)                    Case No. MC17-0059RSL
9                      Plaintiff,       )
v.                            )
10 JOHN YIN,                            )    ORDER
)
11                                       )
Defendant/Judgment Debtor,   )
12                                       )
v.                            )
13 T. ROWE PRICE,                       )
)
14                                       )
Garnishee.              )
15 _____)

16

17      This matter comes before the Court on defendant/judgment debtor's request for a hearing

18 (Dkt. # 9-1) and request for an extension of time (Dkt. # 11).[1] The request for extension of time

   in GRANTED. The Clerk of Court is directed to renote plaintiff's "Motion to Issue Continuing
19
   Garnishee Order" (Dkt. # 7) on the Court's calendar for September 29, 2017.
20

21

22
   _____
23      [1] The request for an extension of time was filed by the judgment debtor, acting pro se, despite the
   fact that Kirk C. Davis has appeared as his attorney in this matter. The Court has considered both filings,
24 but Mr. Yin is advised that "[w]hen a party is represented by an attorney of record in a case, the party
   cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party
25 requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has
   provided copies of the motion to his or her current counsel and to the opposing party, and is granted an
26 order of substitution by the court terminating the party's attorney as counsel and substituting the party in
   to proceed pro se . . . ." LCR 83.2.

ORDER

1      In light of defendant/judgment debtor's objections and request for hearing, the Clerk of

2  Court is also directed to give this matter a civil action number and assign it in rotation. The Writ

3  of Garnishment shall remain in effect during the pendency of this action, but judgment shall not

4  be entered absent further order of the Court.

5

6      Dated this 24th day of August, 2017.

7

8                                  Robert S. Lasnik

9                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                 -2-